IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. WAGNER, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | No. 05-0572-CV-W-DW |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 82). Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DISMISSES the above-styled action *with prejudice*. The fees and costs associated with this action shall be borne by the parties individually. The Clerk of the Court is directed to mark this action as closed.

Date:   April 25, 2007                                            /s/ Dean Whipple
                                                                              DEAN WHIPPLE
                                                                              UNITED STATES DISTRICT JUDGE